UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-mj-707 (DTS)

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| THE REAL PROPERTY AND SPECIFIC ) | GOVERNMENT'S MOTION TO |
| PREMISES LOCATED IN LINDSTROM, ) | UNSEAL DOCUMENTS |
| MINNESOTA ) | |

The United States hereby respectfully moves the Court for its Order unsealing certain documents in the above-referenced matter.

On September 30, 2021, this Court granted the Government's petition to seal, pursuant to LR 49.1(d), the Application for Search and Seizure Warrant, the Affidavit of Lauren Anderson in support thereof, the Search Warrant, and the Petition to Seal, for a period of six months until March 30, 2022.

The reasons and need for sealing no longer obtain in this matter, and the United States needs to disclose certain documents in discovery. Accordingly, the United States respectfully requests that the Court order the Application for Search and Seizure Warrant, the Affidavit of Lauren Anderson in support thereof, and the Search Warrant and Return, in the above-captioned matter to be unsealed and publicly filed. The United States, however, respectfully requests that the Petition to Seal remain sealed at this time.

Dated: January 31, 2022

Respectfully submitted,

CHARLES J. KOVATS, JR.
Acting United States Attorney

/s/ *Benjamin Bejar*
BY: BENJAMIN BEJAR
Assistant United States Attorney
Attorney ID No. 351131